No. 57146.—Amity Silk Corporation v. United States, protest 191961–K (New York).

Opinion by RAO, J. An examination of the official papers failing to disclose any facts tending to controvert the classification and assessment of the collector, which were presumptively correct, the protest was overruled.